Argued July 9, affirmed July 17, 1928.

## STATE *v.* CHARLEY WALKER.

(268 Pac. 1118.)

For appellant there was a brief over the name of *Mr. S. A. Jetmore.*

For respondent there was a brief over the names of *Mr. H. M. Manning* and *Mr. E. E. Driscoll,* with an oral argument by *Mr. W. M. Duncan,* District Attorney.

PER CURIAM.—We see no merit in this appeal and the judgment of the lower court is affirmed.

AFFIRMED.